(No. 5307—

THE GOODYEAR TIRE AND RUBBER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

47

*Opinion filed January 10, 1967.*

THE GOODYEAR TIRE AND RUBBER COMPANY, Claimant, pro se.

WILLIAM G. CLARK, Attorney General, for Respondent.

DOVE, J.

On May 2, 1966, claimant, The Goodyear Tire and Rubber Company, filed its claim seeking payment for materials furnished to the Department of Public Works and Buildings, Division of Highways.

A stipulation was entered into by and between the parties hereto, which provided as follows:

"1. That materials were delivered to respondent at the special instance and request of the Department of Mental Health and the Highway Department;

"2. That the statements attached to the complaint as exhibit A in the amount of $233.52 are due and owing;

"3. That, as a result of a delay in billing, payment was not made prior to the closing of the biennial appropriations;

"4. That there is rightfully due claimant the sum of $233.52."

The Court is of the opinion that the claimant is justly entitled to a refund, since funds appropriated for such payments by the Division of Highways have lapsed.

An award is accordingly made to claimant in the amount of $233.52.